Case 2:23-cv-03412-JFM   Document 14   Filed 05/24/24   Page 1 of 1

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GRADY MORGAN** | : | |
| Plaintiff, | : | JURY DEMANDED |
| v. | : | No.: 2:23-cv-03412 |
| **TEMPLE UNIVERSITY** | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal with Prejudice of this action. All parties are to bear their own costs.

Respectfully submitted,

Date: May 20, 2024

By: */s/ Mary LeMieux-Fillery*
  Mary LeMieux-Fillery, Esq.
  2 Penn Center, Suite 1240
  1500 John F. Kennedy Blvd.
  Philadelphia, PA 19102
  MaryF@EricShore.com
  *Attorneys for Plaintiff*

By: */s/ Melissa Murphy Weber*
  Melissa Murphy Weber, Esq.
  50 S. 16th Street, Suite 3200
  PHILADELPHIA, PA 19102
  215 665 5339
  melissa.weber@bipc.com
  *Attorneys for Defendant*